# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0380.  JAMES M. MARTIN v. PAMELA FISHBURNE.**

James M. Martin, a prisoner serving a life sentence for felony murder, sought to file a civil action in the trial court.  On October 21, 2016, the trial court issued an order denying filing of the action under OCGA § 9-15-2 (d).  On February 9, 2017, Martin filed this application for discretionary review in the Georgia Supreme Court, which transferred the application here.  We lack jurisdiction.

Martin's application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 111 days after entry of the order Martin seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/19/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*